# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### HATTIESBURG DIVISION

**CHARLES RAY BOLTON**                                                          **PLAINTIFF**

**VS.**                                                          **CIVIL ACTION NO. 2:06cv39-MTP**

**BOBBY KING,** *et al.*                                                        **DEFENDANTS**

## ORDER DIRECTING RESPONSE TO MOTIONS

Presently pending before the court are the Motions for Summary Judgment [56] [59] filed by Defendants.  The Plaintiff, Charles Ray Bolton, has not responded to the motions.  The deadline for Plaintiff to file his response to Louis Kittrell's Motion [56] has passed, and the deadline for Plaintiff to file his response to Bobby King's Motion [59] expires on July 18, 2008.  *See* Fed. R. Civ. P. 6; Local Rule 7.2(D).  Because the motions, if granted, could result in the dismissal of this case, the court, out of abundance of caution, desires to afford the Plaintiff another opportunity to respond to the motions.

It is, therefore, ORDERED and ADJUDGED that the Plaintiff shall file his response to the Motions [56] [59] on or before August 1, 2008.  Otherwise, the motions will be considered without a response.

SO ORDERED AND ADJUDGED this the 16th day of July, 2008.

                                                            s/ Michael T. Parker
                                                            United States Magistrate Judge